UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POTBELLY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BEAZLEY INSURANCE COMPANY, INC.,<br><br>Defendant. | No. 2:25-cv-00688-RSM<br><br>STIPULATION TO SET TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

     Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Potbelly Corporation ("Potbelly") and Defendant Beazley Insurance Company, Inc. ("Beazley") hereby stipulate and agree to set the time for Beazley to respond to Potbelly's Complaint, subject to the Court's approval.

     1.    By Complaint dated March 21, 2025, Potbelly commenced an action in the Superior Court of the State of Washington, King County, captioned as *Potbelly Corporation v. Beazley Insurance Company, Inc.*, Case No. 25-2-09144-9 SEA (the "State Court Action"). Potbelly provided a copy of the Complaint to Beazley, but did not serve it with a summons.

     2.    On March 27, 2025, Potbelly re-filed the State Court Action Complaint with a new case number, Case No. 25-2-09728-5 SEA. Beazley was not served with a copy of the March 27, 2025 Complaint or with a summons.

     3.    On April 16, 2025, Beazley removed the State Court Action to this Court. Dkt. 1.

4.   Because Beazley has not been served with a summons, Beazley currently does not have a deadline to respond to the Complaint. Fed. R. Civ. P. 81(c).

5.   On June 2, 2025, counsel for Potbelly and Beazley conferred and agreed to schedule a private mediation in an effort to resolve this matter.

6.   The Parties have scheduled a mediation for July 2, 2025.

7.   In order to accommodate settlement negotiations, Beazley has agreed to accept service via its counsel in this case, and the Parties have agreed and hereby stipulate (subject to Court approval) that Beazley's deadline to respond to the Complaint shall be July 9, 2025.

8.   Good cause exists for the Court to grant the requested relief to allow the Parties to explore early resolution of this matter.

9.   Except for the requested deadline described above, the Parties have not sought or obtained any prior extension of time for Beazley to respond to Potbelly's Complaint in this matter.

IT IS SO STIPULATED.

DATED this 3rd day of July, 2025.

| PLAINTIFF POTBELLY CORPORATION | DEFENDANT BEAZLEY INSURANCE COMPANY, INC. |
|---|---|
| By: /s/ Michael E. Scoville<br>Michael E. Scoville, WSBA #44913<br>McGuire Woods, LLP<br>888 16th Street, N.W.<br>Suite 500<br>Washington, D.C. 20006<br>Telephone: (202) 828-2812<br>mscoville@mcguirewoods.com<br><br>Anthony Tatum (*pro hac vice* forthcoming)<br>Georgia Bar No. 306287<br>Alexander Bein (*pro hac vice* forthcoming)<br>McGuireWoods LLP<br>Georgia Bar No. 330729<br>1075 Peachtree Street, NE, 35th Floor<br>Atlanta, Georgia 30309 | By /s/ Lauren Rainwater<br>Lauren Rainwater, WSBA #43625<br>Davis Wright Tremaine LLP<br>920 5th Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 757-8119<br>laurenrainwater@dwt.com<br><br>Jonathan S. Zelig (*pro hac vice* forthcoming), MA Bar No. 569432<br>Day Pitney LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>(617) 345-4601<br>jzelig@daypitney.com |

1  ttatum@mcguirewoods.com
   abein@mcguirewoods.com

Catherine A. DeLanzo (*pro hac vice*
forthcoming), CT Bar No. 442247
Day Pitney LLP
225 Asylum Street
Hartford, CT 06103
(860) 275-0159
cdelanzo@daypitney.com

STIPULATION TO
SET DEADLINES (2:25-cv-688-RSM) - 3

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion. Defendant Beazley's deadline to respond to the Complaint shall be July 9, 2025.

IT IS SO ORDERED this _3rd___ day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE